HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
MARIELA PANGANIBAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-32-MCE-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS ON SENTENCING** |
| vs. | Date: July 22, 2021 |
| MARIELA PANGANIBAN, | Time: 10:00 A.M. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Matthew Thuesen, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Ms. Mariela Panganiban, that the status regarding sentencing, currently set for July 22, 2021, may be continued to **September 9, 2021 at 10:00 A.M**.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status regarding sentencing on July 22, 2021. ECF No. 16.

2. By stipulation, the defense now moves to continue the status conference to September 9, 2021.

3. Undersigned defense counsel has been newly assigned this case. As such, she requires time to review the discovery in this matter and otherwise prepare for

1    sentencing.

2    4.  Defense counsel believes that failure to grant the requested continuance would
3        deny her the reasonable time necessary for effective preparation, taking into
4        account the exercise of due diligence.

5    5.  The government does not object to the continuance.

6    6.  As this matter is post-plea, there are no Speedy Trial Act considerations.

7    7.  Therefore, the parties respectfully request the Court to set this matter for a status
8        regarding sentencing on September 9, 2021 at 10:00 A.M.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 19, 2021                    */s/ Christina Sinha*
                                       CHRISTINA SINHA
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       MARIELA PANGANIBAN


Date: July 19, 2021                    PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       */s/ Matthew Thuesen*
                                       Matthew Thuesen
                                       Assistant United States Attorney
                                       Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 19, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE