1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No.  2:19-CR-00161-MCE

12                    Plaintiff,

13             v.                                   **SECOND AMENDED RELATED
                                                    CASE ORDER**
14    JOHN EBY,

15                    Defendant.
      _____/

16    UNITED STATES OF AMERICA,                     No. 2:20-CR-00010-TLN

17                    Plaintiff,

18             v.

19    ANITA VIJAY and JAI VIJAY,

20                    Defendants.

21    _____/

22    UNITED STATES OF AMERICA,                     No. 2:21-CR-00032-TLN

23                    Plaintiff,

24             v.

25    MARIELA PANGANIBAN,

26                    Defendant.

27    _____/

28

                                        1

UNITED STATES OF AMERICA,                          No. 2:21-CR-00050-TLN

                Plaintiff,

      v.

LIANA KARAPETYAN,

                Defendant.

_____/

UNITED STATES OF AMERICA,                          No. 2:21-CR-00084-KJM

                Plaintiff,

      v.

AKOP ATOYAN,

                Defendant.

_____/

      An examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

      The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected.  Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

///

///

///

///

2

1       IT IS THEREFORE ORDERED that the action denominated No. 2:20-CR-00010-

2  TLN, <u>United States of America v. Anita Vijay and Jai Vijay</u>, No. 2:21-CR-00032-TLN,

3  <u>United States of America v. Mariela Panganiban</u>, 2:21-CR-00050-TLN, <u>United States of</u>

4  <u>America v. Liana Karapetyan</u>, and 2:21-CR-00084-KJM, <u>United State of America v. Akop</u>

5  <u>Atoyan</u> are reassigned to Senior District Judge Morrison C. England, Jr. for all further

6  proceedings, and any dates currently set in these reassigned case only are hereby

7  **VACATED**.  The caption on documents filed in the reassigned cases shall be shown as

8  2:20-CR-00010-MCE, 2:21-CR-00032-MCE, 2:21-CR-00050-MCE and 2:21-CR-00084-

9  MCE.

10       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

11  adjustment in the assignment of criminal cases to compensate for this reassignment.

12       IT IS SO ORDERED.

13  Dated:  July 26, 2021

14

15  MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28