HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
MARIELA PANGANIBAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-00032-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS ON SENTENCING** |
| vs. | ) |
| MARIELA PANGANIBAN, | ) Date: September 9, 2021 |
| | ) Time: 10:00 A.M. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Matthew Thuesen, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Ms. Mariela Panganiban, that the status regarding sentencing, currently set for September 09, 2021, may be continued to **October 28, 2021, at 10:00 A.M**.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status regarding sentencing on September 09, 2021. ECF No. 20.

2. By stipulation, the defense now moves to continue the status conference to October 28, 2021.

3. Undersigned defense counsel has been newly assigned this case. As such, she requires time to review the discovery in this matter and otherwise prepare for

1     sentencing.

2   4.   Defense counsel believes that failure to grant the requested continuance would

3        deny her the reasonable time necessary for effective preparation, taking into

4        account the exercise of due diligence.

5   5.   The government does not object to the continuance.

6   6.   As this matter is post-plea, there are no Speedy Trial Act considerations.

7   7.   Therefore, the parties respectfully request the Court to set this matter for a status

8        regarding sentencing on October 28, 2021 at 10:00 A.M.

                                 Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: September 7, 2021               */s/ Christina Sinha*
                                 CHRISTINA SINHA
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 MARIELA PANGANIBAN

Date: September 7, 2021               PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 */s/ Matthew Thuesen*
                                 Matthew Thuesen
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 7, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE