HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
MARIELA PANGANIBAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-32-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS ON SENTENCING** |
| vs. | Date: October 28, 2021 |
| MARIELA PANGANIBAN, | Time: 10:00 A.M. |
| Defendant. | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Matthew Thuesen, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Ms. Mariela Panganiban, that the status regarding sentencing, currently set for October 28, 2021 may be continued to **December 02, 2021 at 9:30 A.M**.

The parties specifically stipulate as follows:

1. On September 12, 2021, the previously-assigned district judge, the Hon. Morrison C. England, signed an order of recusal, and this matter was reassigned to the Hon. Troy L. Nunley for all further proceedings, with all previously-set dates vacated. ECF No. 24. A minute order was issued later that day setting the status conference on sentencing for its currently-set date of October 28, 2021.

2. By stipulation, the defense now moves to continue the status conference to

December 02, 2021.

3. Undersigned defense counsel was newly assigned this case in mid-July 2021. ECF No. 18. As such, she requires time to review the discovery in this matter and otherwise prepare for sentencing.

4. Defense counsel believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. As this matter is post-plea, there are no Speedy Trial Act considerations.

7. Therefore, the parties respectfully request the Court to set this matter for a status regarding sentencing on December 02, 2021 at 9:30 A.M.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 26, 2021

/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
MARIELA PANGANIBAN

Date: October 26, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Matthew Thuesen
Matthew Thuesen
Assistant United States Attorney
Attorneys for Plaintiff

1-28 in left margin

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 26, 2021

Troy L. Nunley
United States District Judge