PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-32 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING SENTENCING DATE AND PRESENTENCE REPORT DISCLOSURE SCHEDULE |
| v. | |
| MARIELA PANGANIBAN, | COURT: Hon. Troy L. Nunley |
| Defendant. | |

### **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On February 10, 2021, the United States filed an information charging Mariela Panganiban with one count of conspiracy to pay and receive health care kickbacks, in violation of 18 U.S.C. § 371.

2. On March 18, 2021, defendant pleaded guilty to the charge in the information, pursuant to a plea agreement.

3. This matter currently is set for a status conference regarding sentencing on December 2, 2021.

4. The parties jointly request that the Court vacate the status conference set for December 2, 2021, and enter an order setting the following schedule for sentencing and disclosure of the presentence

report:

| | |
|---|---|
| Judgment and sentencing: | **April 28, 2022, at 9:30 a.m.** |
| Reply or statement of non-opposition: | April 21, 2022 |
| Motion for correction: | April 14, 2022 |
| Final Presentence Report: | April 7, 2022 |
| Written objections: | March 31, 2022 |
| Proposed Presentence Report: | March 17, 2022 |

**IT IS SO STIPULATED.**

Dated:  November 29, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated:  November 29, 2021

/s/ CHRISTINA SINHA
CHRISTINA SINHA
Assistant Federal Defender
Counsel for Defendant
Mariela Panganiban

**ORDER**

Having considered the parties' stipulation, the Court adopts it as its order.

IT IS SO ORDERED this 29th day of November, 2021.

Troy L. Nunley
United States District Judge

STIPULATION REGARDING HEARING

2