PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-32 TLN |
| Plaintiff, | STIPULATION AND ORDER REGARDING SENTENCING DATE AND PRESENTENCE REPORT DISCLOSURE SCHEDULE |
| v. | |
| MARIELA PANGANIBAN, | COURT: Hon. Troy L. Nunley |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  On February 10, 2021, the United States filed an information charging Mariela Panganiban with one count of conspiracy to pay and receive health care kickbacks, in violation of 18 U.S.C. § 371.

2.  On March 18, 2021, defendant pleaded guilty to the charge in the information, pursuant to a plea agreement.

3.  This matter currently is set for judgment and sentencing on April 28, 2022.

4.  The parties jointly request that the Court vacate the judgment and sentencing set for April 28, 2022, and enter an order setting the following schedule for sentencing and disclosure of the presentence report:

| | |
|---|---|
| Judgment and sentencing: | November 17, 2022 |
| Reply or statement of non-opposition: | November 10, 2022 |
| Motion for correction: | November 3, 2022 |
| Final Presentence Report: | October 27, 2022 |
| Written objections: | October 20, 2022 |
| Proposed Presentence Report: | October 6, 2022 |

5. U.S. Senior Probation Officer Julie L. Besabe does not object to the parties' request.

**IT IS SO STIPULATED.**

Dated:  April 26, 2022

                            PHILLIP A. TALBERT
                            United States Attorney

                            /s/ MATTHEW THUESEN
                            MATTHEW THUESEN
                            Assistant United States Attorney

Dated:  April 26, 2022

                            /s/ CHRISTINA SINHA
                            CHRISTINA SINHA
                            Assistant Federal Defender
                            Counsel for Defendant
                            Mariela Panganiban

**ORDER**

Having considered the parties' stipulation, the Court adopts it as its order.

IT IS SO ORDERED this 27th day of April, 2022.

                            Troy L. Nunley
                            United States District Judge